**FORM 3-1**

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____ x
                                          :
JINKO SOLAR (VIETNAM) INDUSTRIES          :
COMPANY LIMITED,                          :        SUMMONS
                                          :
                Plaintiff,                :        Court No. 25-00172
                                          :
        v.                                :
                                          :
UNITED STATES,                            :
                                          :
                Defendant.                :
_____ x
```

TO:    The Attorney General and the Department of Commerce:


　　　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff Jinko Solar (Vietnam) Industries Company Limited is a foreign producer of crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam.  As a foreign producer of subject merchandise, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a) and was a party to the proceeding that led to the determination being challenged.  Plaintiff participated in the proceeding as the submission of questionnaire response data and written arguments.  As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final countervailing duty determination in the investigation of crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam, leading to issuance of the countervailing duty order on crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam. <u>Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders</u>, 90 Fed. Reg. 26,791 (June 24, 2025); <u>Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the Socialist Republic of Vietnam: Final Affirmative Duty Determination and Final Affirmative Critical Circumstances Determination, in Part</u>, 90 Fed. Reg. 17,399 (Apr. 25, 2025).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) and 28 U.S.C.

§ 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the countervailing duty order and is timely filed pursuant to 19 U.S.C. § 1516a(2)(A)(i)(II).

3. <u>Effective date of the determination:</u> June 24, 2025.

4. <u>Date of publication in the Federal Register of the contested determination</u>: June 24, 2025.

Respectfully submitted,

<u>/s/ *Andrew T. Schutz*</u>
Ned H. Marshak*
Andrew T. Schutz
Elaine F. Wang
Jordan C. Kahn
Brandon M. Petelin

GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP

*599 Lexington Ave FL 36,
New York NY 10022
(212) 557-4000
-and-
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: July 24, 2025

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                         The Honorable Mario Toscano
                                         Clerk of the Court

Date: July __, 2025                    By:_____